JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| TYRONE McDANIELS, | ) | No. CV 08-03028-DSF (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| J. L. NORWOOD, et al., | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Declining to Adopt Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that Judgment be entered denying the Petition and dismissing the action.

DATED: 4/19/10

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE